**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank T. Zigman Jr., aka Francis Zigman, aka Frank Zigmund, aka Zigman Frank | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 25-12470 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PHILADELPHIA FEDERAL CREDIT UNION and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
26 Jun 2025, 11:42:46, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322