United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-12470-amc
Frank T. Zigman, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Jul 15, 2025    Form ID: 309I    Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt. J, Philadelphia, PA 19114-3124 |
| 15020684 | | Allstate Insurance Company, Customer Service, 2775 Sanders Road, Northbrook, IL 60062-6110 |
| 15020688 | | Bakers Bay Condo. Association I, Bakers Bay Recreation Area, Inc., 5100 Convent Lane, Philadelphia, PA 19114-3159 |
| 15020693 | | CeruLean, 501 Southlake Blvd, Richmond, VA 23236-3042 |
| 15020699 | | Enterprise Leasing Co. of Phila., 3353 Bristol Pike, Bensalem, PA 19020-4650 |
| 15020701 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 3820 No. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15020703 | | In Advance Capital, 1430 Broadway, Room 402, New York, NY 10018-3371 |
| 15020706 | | JOSS Capital, LLC, 5618 Solheim Cup Drive, Haymarket, VA 20169-6170 |
| 15020707 | + | Mercury Indemnity Co. of Florida, 1901 Ulmerton Road, Suite 6, Clearwater, FL 33762-2300 |
| 15020710 | | New York State Thruway Authority, Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 15020714 | | PA Bureau of U.C. Benefits, U.I. Payments Services, Labor & Industry Bldg, 651 Boas Street, Room 501, Harrisburg, PA 17121-0750 |
| 15020712 | | PA Dept of Transportation, Office of Chief Counsel, P.O. Box 8212, Harrisburg, PA 17105-8212 |
| 15020718 | + | Phila. Gas Works - Bankr. Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 15020717 | | Philadelphia Federal Credit Union, 425 Phillip Blvd, Ewing, NJ 08618-1430 |
| 15020721 | | Philadelphia Municipal Court, Traffic/Administrative Judge, 800 Spring Garden Street, Room 2nd FL, Philadelphia, PA 19123-2690 |
| 15020728 | | U-Haul Moving & Storage, at Quartermaster Plaza, 2990 South 20th Street, Philadelphia, PA 19145-5002 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: r.mcneil@verizon.net | Jul 16 2025 00:10:00 | RONALD G. MCNEIL, Esquire, McNeil Legal Services, 1333 Race Street, Philadelphia, PA 19107-1585 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jul 16 2025 00:10:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2025 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 16 2025 00:10:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15020686 | | EDI: ATTWIREBK.COM | Jul 16 2025 04:05:00 | AT & T Business, Customer Service, 208 So. Akard Street, Dallas, TX 75202-4206 |
| 15020685 | | EDI: AIS.COM | Jul 16 2025 04:05:00 | American InfoSource, 4515 No. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15020687 | | Email/Text: bk@avant.com | Jul 16 2025 00:10:00 | Avant, LLC/Web Bank, 222 W. Merchandise Mart, Suite 900, Chicago, IL 60654-1105 |
| 15020690 | ^ | MEBN | Jul 16 2025 00:05:59 | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-8500 |

Case 25-12470-amc    Doc 27    Filed 07/17/25    Entered 07/18/25 00:41:42    Desc Imaged
                       Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 309I | Total Noticed: 58 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15020697 | | Email/Text: cfcbackoffice@contfinco.com | Jul 16 2025 00:10:00 | Continental Finance Company, LLC, 4550 Linden Hill Road, Suite 400, Wilmington, DE 19808-2952 |
| 15020691 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 16 2025 00:10:49 | Caine Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 15020692 | | EDI: CAPITALONE.COM | Jul 16 2025 04:05:00 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15025257 | + | EDI: AIS.COM | Jul 16 2025 04:05:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15020694 | | EDI: CITICORP | Jul 16 2025 04:05:00 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 15020695 | | EDI: COMCASTCBLCENT | Jul 16 2025 04:05:00 | Comcast Corp./Xfinity, Bankruptcy Department, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15020696 | + | EDI: PHINGENESIS | Jul 16 2025 04:05:00 | Concora Credit, Inc., First Electronic Bank, Genesis Financial Solutions, Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15020698 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2025 00:11:53 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15020700 | | EDI: PHINGENESIS | Jul 16 2025 04:05:00 | Feb Destiny, 14600 NW Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 15020704 | | EDI: IRS.COM | Jul 16 2025 04:05:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15020702 | | EDI: JEFFERSONCAP.COM | Jul 16 2025 04:05:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302-9617 |
| 15020705 | | Email/Text: BNCnotices@dcmservices.com | Jul 16 2025 00:10:00 | Jefferson Health, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15022677 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15020708 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 16 2025 00:10:00 | New Jersey Turnpike Authority, E-Z Pass - Violations Processing Center, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 15020709 | ^ | MEBN | Jul 16 2025 00:06:21 | New York City Dept. of Finance, P.O. Box 3615, Church Street Station, New York, NY 10008-3615 |
| 15020711 | | EDI: PENNDEPTREV | Jul 16 2025 04:05:00 | PA Dept of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 15020713 | ^ | MEBN | Jul 16 2025 00:06:15 | PA Turnpike Commission, E-ZPass Customer Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15020715 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2025 00:10:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # 04-NW, Philadelphia, PA 19103-1338 |
| 15020716 | | Email/Text: CollectionsDept@PFCU.COM | Jul 16 2025 00:10:00 | Philadelphia Federal Credit Union, Legal Dept., ATTN: Aimee B. Harmon, Esquire, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 15022686 | + | EDI: PENNDEPTREV | Jul 16 2025 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15020719 | + | Email/Text: megan.harper@phila.gov | Jul 16 2025 00:10:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 15020720 | | Email/Text: bankruptcy@philapark.org | Jul 16 2025 00:10:00 | Philadelphia Parking Authority, Office of Chief Counsel, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |

Case 25-12470-amc   Doc 27   Filed 07/17/25   Entered 07/18/25 00:41:42   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 309I | Total Noticed: 58 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15020722 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:52 | Pinnacle Credit Services, LLC, Resurgent Capital Services, LP, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15020723 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 16 2025 00:10:00 | Progressive Insurance Co., 6300 Wilson Mills Road, Box W33, Mayfield Village, OH 44143-2182 |
| 15027788 | | EDI: Q3G.COM | Jul 16 2025 04:05:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15021891 | | EDI: Q3G.COM | Jul 16 2025 04:05:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15020724 | | EDI: Q3G.COM | Jul 16 2025 04:05:00 | Quantum3 Group, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15020725 | | Email/Text: ngisupport@radiusgs.com | Jul 16 2025 00:10:00 | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15022678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15020726 | | Email/Text: ssa.bankruptcy@ssa.gov | Jul 16 2025 00:10:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 15020727 | | EDI: SYNC | Jul 16 2025 04:05:00 | Synchrony Financial, Bankruptcy Department, 777 Long Ridge Road, Suite 2, Stamford, CT 06902-1259 |
| 15020689 | | Email/Text: jcissell@bankofmissouri.com | Jul 16 2025 00:10:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 15020729 | | Email/Text: bankruptcynotices@sba.gov | Jul 16 2025 00:10:00 | U.S. Small Business Administration, Collection/Bankruptcy Department, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 15020730 | | EDI: VERIZONCOMB.COM | Jul 16 2025 04:05:00 | Verizon Wireless Services, LLC, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 15, 2025 | Form ID: 309I | Total Noticed: 58 |

Date: Jul 17, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

**Name**          **Email Address**

BRENDA SUE BISHOP
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DENISE ELIZABETH CARLON
on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

RONALD G. MCNEIL, Esquire
on behalf of Debtor Frank T. Zigman Jr. r.mcneil@verizon.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Frank T. Zigman Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0269<br>EIN: 92–2225945, 20–2018188 | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13 | 6/19/25 |
| Case number: | 25–12470–amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Frank T. Zigman Jr. | |
| 2. | **All other names used in the last 8 years** | aka Francis Zigman, aka Frank Zigmund, aka Zigman Frank | |
| 3. | **Address** | 5006 No. Convent Lane<br>Apt. J<br>Philadelphia, PA 19114–3124 | |
| 4. | **Debtor's attorney**<br>Name and address | RONALD G. MCNEIL, Esquire<br>McNeil Legal Services<br>1333 Race Street<br>Philadelphia, PA 19107–1585 | Contact phone 215–564–3999<br><br>Email: r.mcneil@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/15/25 |

**For more information, see page 2**

Official Form 309I     **Notice of Chapter 13 Bankruptcy Case**     page 1

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 29, 2025 at 11:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/28/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/28/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/16/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $1184.17 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/16/25** at **10:00 AM** , Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |