UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 25 - 12470 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# ORDER

AND NOW, upon consideration of Debtor's Motion to Extend Automatic Stay, and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion to Extend Automatic Stay is GRANTED; and

b) the Automatic Stay under § 362(a) as to all creditors receiving service of the Motion for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

DATE: July 23, 2025

BY THE COURT:

_____
Hon. Ashely M. Chan
Chief, U.S. Bankruptcy Judge