# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>**Frank T. Zigman, Jr.**<br>Debtor | :<br>:<br>: | **CHAPTER 13**<br>BANKRUPTCY NO. **25-12470-amc** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR BAKERS BAY CONDOMINIUM I ASSOCIATION

The undersigned hereby enters their appearance for Bakers Bay Condominium I Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings or notices of any kind, be sent to the undersigned.

Date: July 30, 2025

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

_____
Stefan Richter, Esquire
Attorney for Bakers Bay Condominium I Association