UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 25 - 12470 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

To The Clerk:

Please mark the dockets to reflect that Debtor has withdrawn his Response to Creditor's, Philadelphia F.C.U., Motion for Relief (ECF # 31) in the above-captioned matter.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: August 5, 2025