**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **FRANK T. ZIGMAN** | : | |
| | : | HEARING: August 5, 2025 – 11:00 AM |
| | : | No. 25-12470 (amc) |

**CERTIFICATION of NO RESPONSE and REQUEST for ENTRY of**
**ORDER GRANTING MOTION for RELIEF**

I, William J. Levant, Esquire, hereby certify, under penalty of 28 U.S.C. §1746 that:

1. I am counsel for Philadelphia Federal Credit Union in the above-referenced matter.

2. On July 10, 2025, I caused a copy of the Motion of Philadelphia Federal Credit Union (the **"Movant"**) for Relief from the Automatic Stay (the **"Motion"**) to be served upon the Debtor by First Class Mail, and on the Debtor's counsel, the U.S. Trustee, and the Chapter 13 Trustee via the ECF system, as indicated on the Movant's Certificate of Service, previously filed.

3. On July 25, 2025, the Debtor (through counsel) filed a response to the Motion (the **"Response"**).

4. On August 5, 2025, the Debtor (through counsel) filed a Praecipe to Withdraw the Response (docket #35).

5. No other party filed a response to the Motion, which is now unopposed.

I therefore request entry of an Order granting the Motion in the form submitted therewith.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
William J. Levant, Esquire
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
(610) 941-2474
(610) 684-2020 – Telecopier
wlevant@kaplaw.com
Date: August 5, 2025    Attorneys for Philadelphia Federal Credit Union

6691963v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **FRANK T. ZIGMAN** | : | |
| | : | HEARING: August 5, 2025 – 11:00 AM |
| | : | No. 25-12470 (amc) |

## CERTIFICATE OF SERVICE

I, William J. Levant, Esquire do hereby certify that on August 5, 2025, I did send a copy of the foregoing Certificate of No Objection to be served via First Class Mail, postage prepaid (except as noted), to the following:

Frank T. Zigman                            (first class mail)
5006 North Convent Lane, Unit 274
Philadelphia, PA 19114

Ronald G. McNeil, Esquire               (served by ECF)
Counsel for the Debtor

Kenneth E. West, Esquire                (served by ECF)
Chapter 13 Trustee

Office of the US Trustee                   (served by ECF)

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
William J. Levant, Esquire
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
(610) 941-2474
(610) 684-2020 – Telecopier
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

6691963v1