### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>  Frank T. Zigman, Jr.,<br><br>                                  Debtor. | Bankruptcy No. 25-12470-AMC<br><br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Assistant U.S. Attorney Andrew Fuchs notes his appearance on behalf of the United States of America – Internal Revenue Service (IRS). Please Serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

Andrew R. Fuchs,<br>
Assistant United States Attorney<br>
U.S. Attorney's Office, Eastern District of Pennsylvania<br>
615 Chestnut Street, Suite 1250<br>
Philadelphia, Pa 19106<br>
Phone: 215-861-8350<br>
Fax: 215-861-8618<br>
Email: Andrew.Fuchs@usdoj.gov

                                                      Respectfully Submitted,

                                                      DAVID METCALF<br>
                                                      United States Attorney

                                                      */s/ Andrew R. Fuchs*<br>
Dated: August 18, 2025                            ANDREW R. FUCHS<br>
                                                      Assistant United States Attorney<br>
                                                      United States Attorney's Office<br>
                                                      Eastern District of Pennsylvania<br>
                                                      615 Chestnut Street, Suite 1250<br>
                                                      Philadelphia, Pa 19106<br>
                                                      Phone: 215-861-8350<br>
                                                      Fax: 215-861-8618<br>
                                                      Andrew.Fuchs@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Frank T. Zigman, Jr.,<br><br>        Debtor. | Bankruptcy No. 25-12470-AMC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Notice of Appearance and Request for Notice was filed electronically and is available for viewing and downloading from the Court's ECF system.

Dated: August 18, 2025            /s/ *Andrew R. Fuchs*
                                  ANDREW R. FUCHS