UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                : Case No. 25 - 12470
Frank T. Zigman, Jr.     :                    (Chapter 13)
        Debtor.                 :
                                        : Hon. Ashely M. Chan

# CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Frank T. Zigman, Jr., hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

____  I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____  I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

__x__  My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self employment from which I do not receive evidence of wages or a salary at fixed intervals.

____  I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____  I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

*Frank Zigman*
Frank T. Zigman, Jr., Debtor
DATE: 10/02/2025