United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 25-12470-amc
Frank T. Zigman, Jr.                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                       Page 1 of 4
Date Rcvd: Jan 28, 2026                          Form ID: pdf900                              Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt. J, Philadelphia, PA 19114-3124 |
| cr | + | Bakers Bay i Condominium, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| 15020684 | | Allstate Insurance Company, Customer Service, 2775 Sanders Road, Northbrook, IL 60062-6110 |
| 15020688 | | Bakers Bay Condo. Association I, Bakers Bay Recreation Area, Inc., 5100 Convent Lane, Philadelphia, PA 19114-3159 |
| 15034639 | + | Bakers Bay Condominium I Association, c/o Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 15020693 | | CeruLean, 501 Southlake Blvd, Richmond, VA 23236-3042 |
| 15025284 | + | Commonwealth of Pennsylvania, C/O Brenda S. Bishop, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15020699 | | Enterprise Leasing Co. of Phila., 3353 Bristol Pike, Bensalem, PA 19020-4650 |
| 15020701 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 3820 No. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15020703 | | In Advance Capital, 1430 Broadway, Room 402, New York, NY 10018-3371 |
| 15020706 | | JOSS Capital, LLC, 5618 Solheim Cup Drive, Haymarket, VA 20169-6170 |
| 15020707 | + | Mercury Indemnity Co. of Florida, 1901 Ulmerton Road, Suite 6, Clearwater, FL 33762-2300 |
| 15020710 | | New York State Thruway Authority, Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 15020714 | | PA Bureau of U.C. Benefits, U.I. Payments Services, Labor & Industry Bldg, 651 Boas Street, Room 501, Harrisburg, PA 17121-0750 |
| 15020712 | | PA Dept of Transportation, Office of Chief Counsel, P.O. Box 8212, Harrisburg, PA 17105-8212 |
| 15020718 | + | Phila. Gas Works - Bankr. Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 15020717 | | Philadelphia Federal Credit Union, 425 Phillip Blvd, Ewing, NJ 08618-1430 |
| 15021071 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, KAPLIN STEWART MELOFF REITER & STEIN, P., 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |
| 15020721 | | Philadelphia Municipal Court, Traffic/Administrative Judge, 800 Spring Garden Street, Room 2nd FL, Philadelphia, PA 19123-2690 |
| 15047373 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 15020728 | | U-Haul Moving & Storage, at Quartermaster Plaza, 2990 South 20th Street, Philadelphia, PA 19145-5002 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: CollectionsDept@PFCU.COM | Jan 29 2026 00:32:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15020686 | Email/Text: g17768@att.com | Jan 29 2026 00:31:00 | AT & T Business, Customer Service, 208 So. Akard Street, Dallas, TX 75202-4206 |
| 15020685 | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 00:43:42 | American InfoSource, 4515 No. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15020687 | Email/Text: bk@avant.com | Jan 29 2026 00:32:00 | Avant, LLC/Web Bank, 222 W. Merchandise Mart, Suite 900, Chicago, IL 60654-1105 |

Case 25-12470-amc    Doc 61    Filed 01/30/26    Entered 01/31/26 00:39:32    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | Flag | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15020690 | ^ | MEBN | Jan 29 2026 00:24:58 | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-3645 |
| 15042643 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 29 2026 00:31:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15020697 | | Email/Text: cfcbackoffice@contfinco.com | Jan 29 2026 00:32:00 | Continental Finance Company, LLC, 4550 Linden Hill Road, Suite 400, Wilmington, DE 19808-2952 |
| 15020691 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 29 2026 00:32:37 | Caine Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 15020692 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 00:43:38 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15025257 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 00:43:53 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15020694 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:43:57 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 15020695 | | Email/Text: documentfiling@lciinc.com | Jan 29 2026 00:31:00 | Comcast Corp./Xfinity, Bankruptcy Department, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15020696 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 00:32:00 | Concora Credit, Inc., First Electronic Bank, Genesis Financial Solutions, Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15020698 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2026 00:43:39 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15020700 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 00:32:00 | Feb Destiny, 14600 NW Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 15020704 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 00:32:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15020702 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 00:32:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302-9617 |
| 15037464 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 00:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15020705 | | Email/Text: BNCnotices@dcmservices.com | Jan 29 2026 00:32:00 | Jefferson Health, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15022677 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15020708 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 29 2026 00:31:00 | New Jersey Turnpike Authority, E-Z Pass - Violations Processing Center, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 15035592 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 29 2026 00:31:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodebridge, NJ 07095 |
| 15020709 | ^ | MEBN | Jan 29 2026 00:25:12 | New York City Dept. of Finance, P.O. Box 3615, Church Street Station, New York, NY 10008-3615 |
| 15020711 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | PA Dept of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 15020713 | ^ | MEBN | Jan 29 2026 00:25:06 | PA Turnpike Commission, E-ZPass Customer Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15020715 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 29 2026 00:32:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # 04-NW, Philadelphia, PA 19103-1338 |
| 15020716 | | Email/Text: CollectionsDept@PFCU.COM | Jan 29 2026 00:32:00 | Philadelphia Federal Credit Union, Legal Dept., ATTN: Aimee B. Harmon, Esquire, 12800 |

Case 25-12470-amc    Doc 61    Filed 01/30/26    Entered 01/31/26 00:39:32    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Townsend Road, Philadelphia, PA 19154-1003 |
| 15023596 | | ^ MEBN | Jan 29 2026 00:24:58 | PHILADELPHIA FEDERAL CREDIT UNION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15022686 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15020719 | + | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 15020720 | | Email/Text: bankruptcy@philapark.org | Jan 29 2026 00:32:00 | Philadelphia Parking Authority, Office of Chief Counsel, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 15031080 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15020722 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, LP, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15020723 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 29 2026 00:31:00 | Progressive Insurance Co., 6300 Wilson Mills Road, Box W33, Mayfield Village, OH 44143-2182 |
| 15027788 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:32:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15021891 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15020724 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:32:00 | Quantum3 Group, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15020725 | | Email/Text: ngisupport@radiusgs.com | Jan 29 2026 00:31:00 | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15022678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15020726 | | Email/Text: ssa.bankruptcy@ssa.gov | Jan 29 2026 00:32:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 15020727 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:52 | Synchrony Financial, Bankruptcy Department, 777 Long Ridge Road, Suite 2, Stamford, CT 06902-1259 |
| 15040961 | | Email/Text: bankruptcy@mtabt.org | Jan 29 2026 00:32:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 15020689 | | Email/Text: nlorenz@bankofmissouri.com | Jan 29 2026 00:32:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 15020729 | | Email/Text: bankruptcynotices@sba.gov | Jan 29 2026 00:32:00 | U.S. Small Business Administration, Collection/Bankruptcy Department, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 15020730 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 29 2026 00:31:00 | Verizon Wireless Services, LLC, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15040542 | *+ | Internal Revenue Service, c/o Andrew R. Fuchs, Assistant U.S. Attorney, 615 Chestnut St.Suite 1250, Philadelphia, Pa 19106-4404 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Frank T. Zigman Jr. r.mcneil@verizon.net |
| STEFAN RICHTER | on behalf of Creditor Bakers Bay i Condominium srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Frank T. Zigman, Jr., | : | |
| Debtor(s) | : | Bky. No. 25-12470 AMC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Jan. 27, 2026

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE