UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  25 - 12470 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that on February 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Court's January 27, 2026 Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: February 13, 2026

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Name
Address
Relationship of Party

Via:   [x]  CM/ECF [x]  1st Class Mail    [ ]  Certified Mail
         [ ]  e-mail:    [ ]  Other:

Debtor

Allstate Insurance Company
Customer Service
2775 Sanders Road
Northbrook, IL 60062-6110

AT & T Business
Customer Service
208 So. Akard Street
Dallas, TX 75202-4206

Avant, LLC/Web Bank
222 W. Merchandise Mart, Ste 900
Chicago, IL 60654-1105

Baker's Bay Condo. Association I
Baker's Bay Recreation Area, Inc.
  c/o Clemons Richter & Reiss
ATTN: Stefan Richter, Esquire
2003 So. Easton Road, Suite 300
Doylestown, PA 18901-7100

The Bank of Missouri
Bankruptcy Department
916 No. Kingshighway Street
Perryville, MO  63775-1204

Birmingham Township
Police Department
1040 W. Street Road
West Chester, PA 19382-8012

Capital One Financial
American InfoSource
4515 No. Santa Fe Ave
Oklahoma City, OK 73118-7901

CeruLean
501 Southlake Blvd
Richmond, VA 23236-3042

CitiCorp Credit Services, Inc.
Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-3202

Comcast Corp./Xfinity
Bankruptcy Department
P.O. Box 1931
Burlingame, CA 94011-1931

Continental Finance Company, LLC
4550 Linden Hill Road, Suite 400
Wilmington, DE 19808-2952

Enterprise Leasing Co
3353 Bristol Pike
Bensalem, PA 19020-4650

Internal Revenue Service
  c/o U.S. Department of Justice
U.S. Attorney General
ATTN: Andrew R. Fuchs, Esquire
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106-4476

Quantum3 Group, LLC
P.O. Box 788
Kirkland, WA 98083-0788

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302-7999

Jefferson Health
P.O. Box 1123
Minneapolis, MN 55440-1123

JOSS Capital, LLC
5618 Solheim Cup Drive
Haymarket, VA  20169-6170

LVNV Funding, LLC, f/k/a,
Resurgent Capital Services, LP
P.O. Box 10587
Greenville, SC  29603-0587

Mercury Indemnity Co. of FL
1901 Ulmerton Road, Suite 6
Clearwater, FL 33762-2307

New Jersey Turnpike Authority
E-Z Pass - Violations Processing Center
P.O. Box 5042
Woodbridge, NJ  07095-5042

Triboro Bridge & Tunnel Authority
2 Broadway, 24th Flr
New York, NY 10004-2207

N.Y. State Thruway Authority
Payment Processing Center
P.O. Box 15183
Albany, NY 12212-5183

Pennsylvania Department of Revenue
Bankruptcy Division
Office of Chief Counsel
ATTN: Brenda S. Bishop, Esquire
P.O. Box 280946
Harrisburg, PA  17128-0496

Pennsylvania Department of Transportation
Office of Chief Counsel
ATTN: Michael Alsher, Esquire
P.O. Box 8212
Harrisburg, PA 17105-8212

Pennsylvania Turnpike Commission
E-ZPass Customer Service Center
300 East Park Drive
Harrisburg, PA 17111-2729

Pennsylvania Bureau of U.C. Benefits
U.I. Payments Services
Labor & Industry Bldg
651 Boas Street, Room 501
Harrisburg, PA 17121-0750

PECo Energy Co.
Bankruptcy Group
2301 Market Street   # 04-NW
Philadelphia, PA 19103-1338

Philadelphia Federal Credit Union
Legal Dept.
ATTN: Aimee B. Harmon, Esquire
12800 Townsend Road
Philadelphia, PA 19154-1003

Philadelphia Federal Credit Union
  c/o Kaplin Stewart et al.
ATTN:   William J. LeVant, Esquire
910 Harvest Drive, 2nd Floor
P.O. Box 3037
Blue Bell, PA 19422-0765

Philadelphia Federal Credit Union
Cenlar FSB
  c/o KML Law Group, P.C.
ATTN:  Matthew K. Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Philadelphia Gas Works
Bankruptcy Unit
P.O. Box 3500
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122-0500

Philadelphia Law Department
Bankruptcy Unit
Municipal Services Bldg
1401 JFK Blvd, Room 508
Philadelphia, PA 19102-1622

Philadelphia Parking Authority
Office of Chief Counsel
701 Market Street, Suite 5400
Philadelphia, PA 19106-2895

Philadelphia Municipal Court
Traffic/Administrative Judge
800 Spring Garden Str., Rm 2nd FL
Philadelphia, PA 19123-2690

Progressive Insurance Co.
6300 Wilson Mills Road
Box W33
Mayfield Village, OH  44143-2109

Raymour & Flanagan
7230 Morgan Road
P.O. Box 130
Liverpool, NY 13088-0130

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202