UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| | : | |
| In re | : | Case No.  25 - 12470 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## AMENDED  CERTIFICATE  OF  SERVICE

I, Ronald G. McNeil, Esquire, certify that on July 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Notice of Debtor's Counsel Application for Counsel Fees.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 4, 2026

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
Name
Address
Relationship of Party

Via:    [x]  CM/ECF [x]  1st Class Mail    [ ]  Certified Mail
[ ]  e-mail:    [ ]  Other:

Debtor

Allstate Insurance Company
Customer Service
2775 Sanders Road
Northbrook, IL 60062-6110

AT & T Business
Customer Service
208 So. Akard Street
Dallas, TX 75202-4206

Avant, LLC/Web Bank
222 W. Merchandise Mart, Suite 900
Chicago, IL 60654-1105

Baker's Bay Condo. Association I
Baker's Bay Recreation Area, Inc.
5100 Convent Lane
Philadelphia, PA 19114-3159

The Bank of Missouri
Bankruptcy Department
916 No. Kingshighway Street
Perryville, MO  63775-1204

Best Buy
Bankruptcy
7601 Penn Avenue South
Richfield, MN  55423-3645

Birmingham Township
Police Department
1040 W. Street Road
West Chester, PA 19382-8012

Capital One Financial
American InfoSource
4515 No. Santa Fe Ave
Oklahoma City, OK 73118-7901

CeruLean
501 Southlake Blvd
Richmond, VA 23236-3042

CitiCorp Credit Services, Inc.
Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-3202

Comcast Corp./Xfinity
Bankruptcy Department
P.O. Box 1931
Burlingame, CA 94011-1931

Concora Credit, Inc.
First Electronic Bank
Verve Card//Genesis Financial Solutions, Inc.
CB Indigo//Celtic Bank
P.O. Box 4477
Beaverton, OR  97076-4477

Continental Finance Company, LLC
4550 Linden Hill Road, Suite 400
Wilmington, DE 19808-2952

Credit One Bank, N.A.
Bankruptcy Department
6801 So. Cimarron Road
Las Vegas, NV 89113-2273

Enterprise Leasing Company of Philadelphia
3353 Bristol Pike
Bensalem, PA 19020-4650

Feb Destiny
14600 NW Greenbrier Parkway
Beaverton, OR 97006-5745

First Premier Bank, a/k/a, Premier Bankcard, LLC
Bankruptcy Department
3820 No. Louise Avenue
Sioux Falls, SD  57107-0145

In Advance Capital
1430 Broadway, Room 402
New York, NY 10018-3371

Internal Revenue Service
Bankruptcy Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Health
P.O. Box 1123
Minneapolis, MN 55440-1123

JOSS Capital, LLC
5618 Solheim Cup Drive
Haymarket, VA  20169-6170

Mercury Indemnity Co. of Florida
1901 Ulmerton Road, Suite 6
Clearwater, FL 33762-2307

New Jersey Turnpike Authority
E-Z Pass - Violations Processing Center
P.O. Box 5042
Woodbridge, NJ  07095-5042

New York City Dept. of Finance
P.O. Box 3615
Church Street Station
New York, NY 10008-3615

New York State Thruway Authority
Payment Processing Center
P.O. Box 15183
Albany, NY 12212-5183

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0496

Pennsylvania Department of Transportation
Office of Chief Counsel
ATTN: Michael Alsher, Esquire
P.O. Box 8212
Harrisburg, PA 17105-8212

Pennsylvania Turnpike Commission
E-ZPass Customer Service Center
300 East Park Drive
Harrisburg, PA 17111-2729

Pennsylvania Bureau of U.C. Benefits
U.I. Payments Services
Labor & Industry Bldg
651 Boas Street, Room 501
Harrisburg, PA 17121-0750

PECo Energy Co.
Bankruptcy Group
2301 Market Street   # 04-NW
Philadelphia, PA 19103-1338

Philadelphia Federal Credit Union
Legal Dept.
ATTN: Aimee B. Harmon, Esquire
12800 Townsend Road
Philadelphia, PA 19154-1003

Philadelphia Federal Credit Union
Cenlar FSB     Pymt Processing
425 Phillip Blvd
Ewing, NJ 08618-1430

Philadelphia Gas Works
Bankruptcy Unit
P.O. Box 3500
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122-0500

Philadelphia Law Department
Bankruptcy Unit
Municipal Services Bldg
1401 JFK Blvd, Room 508
Philadelphia, PA 19102-1622

Philadelphia Parking Authority
Office of Chief Counsel
701 Market Street, Suite 5400
Philadelphia, PA 19106-2895

Philadelphia Municipal Court
Traffic/Administrative Judge
800 Spring Garden Street, Room 2nd FL
Philadelphia, PA 19123-2690

Progressive Insurance Co.
6300 Wilson Mills Road
Box W33
Mayfield Village, OH  44143-2109

Raymour & Flanagan
7230 Morgan Road
P.O. Box 130
Liverpool, NY 13088-0130

Synchrony Financial
Bankruptcy Department
777 Long Ridge Road, Suite 2
Stamford, CT 06902-1259

Triboro Bridge & Tunnel Authority
2 Broadway, 24th Flr
New York, NY 10004-2207

U-Haul Moving & Storage at Quartermaster Plaza
2990 South 20th Street
Philadelphia, PA 19145-5002

U.S. Small Business Administration
CESC Loan Servicing
14925 Kingsport Road
Ft Worth, TX 76155-2243

Verizon Wireless Services, LLC
Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304-2225

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202