UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  25 - 12470 |
| Frank T. Zigman, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon.  Ashely M. Chan |
| | : | |

## AMENDED  CERTIFICATE  OF  NO  OBJECTION

Pursuant to Rule 2016-1(f) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Counsel Application for Counsel Fees was served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on July 7, 2025, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 4, 2026