UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                    Case No.  25 - 12470
  Frank T. Zigman, Jr.                              (Chapter 13)
            Debtor.

                                         Hon. Ashely M. Chan


ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel, Ronald G. McNeil, Esquire ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.     The Application is **GRANTED.**

2.     Compensation is **ALLOWED** in favor of the Applicant in the amount of **$7,500.00**.

3.     The Chapter 13 Standing Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in 12 less **$887.00** which was paid by the Debtor pre-petition, to the extent such distribution is authorized.

                                         BY THE COURT


**Date: May 7, 2026**

                                         Hon. Ashely M. Chan
                                         Chief, U.S. Bankruptcy Judge