United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-12470-amc

Frank T. Zigman, Jr.                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Frank T. Zigman, Jr., 5006 No. Convent Lane, Apt. J, Philadelphia, PA 19114-3124 |
| cr | + Bakers Bay i Condominium, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 09 2026 01:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2026 01:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2026 01:31:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: CollectionsDept@PFCU.COM | May 09 2026 01:30:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 08, 2026

Form ID: pdf900

Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bbishop@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Frank T. Zigman  Jr. r.mcneil@verizon.net |
| STEFAN RICHTER | on behalf of Creditor Bakers Bay i Condominium srichter@beckerlawyers.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                          Case No.  25 - 12470
    Frank T. Zigman, Jr.                                    (Chapter 13)
              Debtor.

                                               Hon. Ashely M. Chan

ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel, Ronald G. McNeil, Esquire ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.    The Application is **GRANTED.**

2.    Compensation is **ALLOWED** in favor of the Applicant in the amount of **$7,500.00**.

3.    The Chapter 13 Standing Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in 12 less **$887.00** which was paid by the Debtor pre-petition, to the extent such distribution is authorized.

                                               BY THE COURT



**Date: May 7, 2026**

                                               Hon. Ashely M. Chan
                                               Chief, U.S. Bankruptcy Judge